UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62518-CIV-ZLOCH

ALEXANDER JOHNSON,

       Plaintiff,

**FINAL ORDER OF DISMISSAL**

vs.

MEATBALL MANAGEMENT, LLC, d/b/a
FORK & BALLS,

       Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation Of Dismissal With Prejudice (DE 9) filed herein by all Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Stipulation Of Dismissal With Prejudice (DE 9), filed herein by all Parties, be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

    3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot;

    4. The Court retains jurisdiction solely for the purpose of enforcing the terms of the Parties' Settlement Agreement.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 29th day of January, 2016.

                                            WILLIAM J. ZLOCH
                                            United States District Judge

Copies furnished:
All Counsel of Record